NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7102

KEITH D. SNYDER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 04-0381, Judge Robert N. Davis.

ON MOTION

Before RADER, Circuit Judge.

ORDER

Keith D. Snyder moves without opposition for a 45-day extension of time, until November 19, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Jeffrey A. Regner, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK